IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE IGNACIO SALINAS-LANDAVERDE, § | | |
| Petitioner, § | | |
| § | | |
| V. § | | CIVIL ACTION NO. B-17-152 |
| § | | |
| UNITED STATES OF AMERICA, § | | |
| Respondent. § | | |

# ORDER

Pending is the Magistrate Judge's August 2, 2017, Report and Recommendation in the above-referenced cause of action. [Doc. No. 4] No objections have been lodged by either side and the time for doing so has expired.

Having reviewed all of the pleadings and the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, it is ordered that Petitioner Jose Ignacio Salinas-Landaverde's Motion to Vacate, Set Aside or Correct Sentence [Doc. No. 1] is dismissed without prejudice.

Signed this 11th day of October, 2017.

Andrew S. Hanen
United States District Judge